MICHAEL BAILEY
United States Attorney
District of Arizona
Angela W. Woolridge
Assistant U.S. Attorney
Arizona State Bar No. 022079
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: angela.woolridge@usdoj.gov
Attorneys for Plaintiff

FILED

2019 JUL -3 PM 4: 32

CLERK US DISTRICT COURT
DISTRICT OF ARIZONA

CR19-01759 TUC-JGZ(JR)

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| United States of America,<br><br>                Plaintiff,<br><br>vs.<br><br>Daniel Pacheco,<br><br>                Defendant. | **I N D I C T M E N T**<br><br>Violations:<br><br>18 U.S.C. § 924(a)(1)(A)<br>(False Statements in Records of Federally Licensed Firearms Dealers)<br>Counts 1-5<br><br>18 USC § 924(d) and 28 USC § 2461(c)<br>(Forfeiture Allegation) |

**THE GRAND JURY CHARGES:**

## COUNT 1

On or about February 9, 2019, at or near Tucson, in the District of Arizona, DANIEL PACHECO knowingly made a false statement and representation to Second Amendment Sports, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports; in that DANIEL PACHECO, in connection with the purchase of firearms, that is, one Walther model P22 .22 caliber pistol and one German Sports Guns model GSG-1911 .22 caliber pistol, stated that his current residence address was 6471 W. Swan Falls Way, Tucson, AZ 85757, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 2

On or about February 9, 2019, at or near Tucson, in the District of Arizona, DANIEL PACHECO knowingly made a false statement and representation to Sportsman's Warehouse, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Sportsman's Warehouse; in that DANIEL PACHECO, in connection with the purchase of firearms, that is, one Walther model Colt Rail Gun .22 caliber pistol and one Walther model Colt Government .22 caliber pistol, stated that his current residence address was 6471 W. Swan Falls Way, Tucson, AZ 85757, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 3

On or about February 20, 2019, at or near Tucson, in the District of Arizona, DANIEL PACHECO knowingly made a false statement and representation to Diamondback Shooting Sports, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Diamondback Shooting Sports; in that DANIEL PACHECO, in connection with the purchase of firearms, that is, one Browning model Buckmark .22 caliber pistol and one Ruger model LCP .380 caliber pistol, stated that his current residence address was 6471 W. Swan Falls Way, Tucson, AZ 85757, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 4

On or about February 20, 2019, at or near Tucson, in the District of Arizona, DANIEL PACHECO knowingly made a false statement and representation to Second Amendment Sports, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of Second Amendment Sports; in that DANIEL

PACHECO, in connection with the purchase of firearms, that is, one Walther model P22 .22 caliber pistol and one Ruger LCP .380 caliber pistol, stated that his current residence address was 6471 W. Swan Falls Way, Tucson, AZ 85757, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## COUNT 5

On or about February 20, 2019, at or near Tucson, in the District of Arizona, DANIEL PACHECO knowingly made a false statement and representation to BKM Guns, Inc., doing business as Murphy's Guns & Gunsmithing, licensed under the provisions of Chapter 44, Title 18, United States Code, with respect to information required by the provisions of Chapter 44, Title 18, United States Code, to be kept in the records of BKM Guns, Inc.; in that DANIEL PACHECO, in connection with the purchase of firearms, that is, one Walther model PPK/S .22 caliber pistol and one Tactical Solutions model Pac-Lite .22 caliber pistol, stated that his current residence address was 6471 W. Swan Falls Way, Tucson, AZ 85757, when in fact that was not his current residence address; in violation of Title 18, United States Code, Section 924(a)(1)(A).

## FORFEITURE ALLEGATION

Upon conviction of Counts One through Six of the Indictment, the defendant, DANIEL PACHECO, shall forfeit to the United States pursuant to Title 18, United States Code, Section 924(d), and Title 28, United States Code, Section 2461(c), any firearms involved in the commission of the offense, including, but not limited to: four Walther model P22 .22 caliber pistols, one Walther model Colt Rail Gun .22 caliber pistol, one Walther model Colt Government .22 caliber pistol, one Walther model PPK/S .22 caliber pistol, one Tactical Solutions model Pac-Lite .22 caliber pistol, one Bersa model Thunder 380 .380 caliber pistol, one Ruger model SR-22 .22 caliber pistol, two Ruger model LCP .380 caliber pistols, two German Sports Guns model GSG-1911 .22 caliber pistols, one UMAREZ Beretta model M9 .22 caliber pistol, and one Browning model Buckmark .22 caliber pistol.

If any of the property described above, as a result of any act or omission of the defendant: a) cannot be located upon the exercise of due diligence; b) has been transferred or sold to, or deposited with, a third party; c) has been placed beyond the jurisdiction of the court; d) has been substantially diminished in value; or e) has been commingled with other property which cannot be divided without difficulty, it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p), as incorporated by Title 28, United States Code, Section 2461(c), to seek forfeiture of any other property of said defendant up to the value of the above forfeitable property, including, but not limited to, all property, both real and personal, owned by the defendant.

All pursuant to Title 18, United States Code, Section 924(d), Title 28, United States Code, Section 2461(c) and Rule 32.2(a), Federal Rules of Criminal Procedure.

A TRUE BILL

/S/
_____
Presiding Juror

MICHAEL BAILEY
United States Attorney
District of Arizona

REDACTED FOR
PUBLIC DISCLOSURE

/S/

Assistant U.S. Attorney

Dated: July 3, 2019