GLENN B. McCORMICK
Acting United States Attorney
District of Arizona
RAQUEL ARELLANO
Assistant U.S. Attorney
Arizona State Bar No. 011796
United States Courthouse
405 W. Congress Street, Suite 4800
Tucson, Arizona 85701
Telephone: 520-620-7300
Email: raquel.arellano@usdoj.gov
Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| United States of America, | CR 19-1759-TUC-JCH (JR) |
|---|---|
| Plaintiff, | |
| vs. | SENTENCING MEMORANDUM |
| Daniel Pacheco, | |
| Defendant. | |

Now comes the United States of America, by and through its undersigned attorneys, and hereby submits this Sentencing Memorandum for the Court's consideration.

The United States concurs with the U.S. Probation Office's calculations in the Presentence Investigation Report (PSR) regarding a Total Offense Level of 13, Criminal History Category I, and Guideline Provisions of 12 to 18 months' imprisonment. Defendant's plea agreement range is 12 to 18 months' imprisonment. The plea agreement permits the defendant to argue for a variance. The government will not move to withdraw from the plea agreement if the Court grants a variance.

The United States concurs with the U.S. Probation Office's recommendation of 12 months and one day to be followed by a term of three years of supervised release.

A sentence of 12 months and one day imprisonment is considered sufficient, but not greater than necessary, to reflect the seriousness of the offense, promote respect for the law and

provide just punishment.  Such a sentence will provide deterrence and hold the defendant accountable for his involvement in the instant offense.  A term of three years supervised release is recommended to protect the community from further crimes of the defendant.  The instant offense involved a pattern of eight separate multiple firearms purchases.  The firearms were never recovered.  However, since the defendant has been compliant with his conditions of release while under pretrial supervision (beginning in June, 2019) and after he was removed from pretrial supervision on August 8, 2020, the United States has no objection to a split sentence of half incarceration and half home confinement as mentioned in defense counsel's sentencing memorandum.  In lieu of forfeiture of the firearms involved in the instant offense, the defendant agreed to entry of a substitute asset judgment and agreed to pay and forfeit $2,788.94.

For all the foregoing reasons, the United States respectfully requests that the Court impose the above-recommended sentence of 12 months and one day with a three-year term of supervised release to follow.  The United States agreed to move to dismiss Counts 2 through 5 of the Indictment.

Respectfully submitted this 6th day of September, 2021.

GLENN B. McCORMICK
Acting United States Attorney
District of Arizona

*s/Raquel Arellano*

RAQUEL ARELLANO
Assistant U.S. Attorney

Copy of the foregoing served this 6th day of September, 2021, to:

Jay A. Marble, Esq.
Attorney for the defendant

Star A. Shields
Senior U.S. Probation Officer